FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA 2012 JUN 28  PM 12: 07
STATESBORO DIVISION

CLERK_____/lu_____
SO. DIST. OF GA.

WILLIAM RUSSELL WARE,                    :

        Plaintiff,                        :

v.                                       :      CIVIL ACTION NO.: CV612-026

                                         :

STANLEY WILLIAMS, Warden,                :

        Defendant.                       :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this _2 8_ day of _June_, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)