FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUN 28 PM 12:07

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM RUSSELL WARE,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV612-026

STANLEY WILLIAMS, Warden,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 28 day of June, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA